Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUNG SUK SONG, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAJORKAS, <br><br> Defendant. | No. 2:22-cv-0140-RSM <br><br> STIPULATED MOTION FOR DISMISSAL AND ORDER <br><br> Noted for Consideration: <br> April 25, 2022 |

Plaintiff brought this litigation pursuant to the Mandamus Act and Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-485.  USCIS has approved Plaintiff's application. Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice, with each party to bear their own fees or costs.

//
//
//
//
//

STIPULATED MOTION TO DISMISS  - 1
(22-cv-0140-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated: April 25, 2022 | Respectfully submitted,<br><br>NICHOLAS W. BROWN<br>United States Attorney<br><br>*s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253)428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants*<br><br>*s/ Ji Min Kim*<br>JI MIN KIM, WSBA#43794<br>Kai Law Group PS<br>8718 S. Tacoma Way, Ste A2<br>Tacoma, WA 98499<br>Phone: 253-584-1369<br>Email: jiminkim@kailawgroup.com<br>*Attorney for Plaintiff* |

**ORDER**

It is so **ORDERED**. The case is dismissed with prejudice.

DATED this 27th day of April, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS  - 3
(22-cv-0140-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970